UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY $26,200.00 U.S. CURRENCY,<br><br>　　　　Defendant. | NO: 2:16-CV-0025-TOR<br><br>FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is the United States' Motion for Entry of the Final Order of Forfeiture (ECF No. 11). There being no reason to delay entry of Judgment, the hearing set for June 6, 2016, is vacated.

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture *In Rem* that the Defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

FINAL ORDER OF FORFEITURE ~ 1

1  The Defendant property being forfeited is approximately $26,200.00 in U.S. currency seized by the Federal Bureau of Investigation from Jamal Harris on or about May 1, 2015.

On February 16, 2016, the U.S. Marshals Service executed the Warrant of Arrest *In Rem*. The returned warrant was filed with the Court under the above cause number on February 16, 2016. ECF No. 5.

Beginning February 17 through March 17, 2016, Notice of Civil Forfeiture Action was posted on the official government website, http://www.forfeiture.gov, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and as evidenced by the Notice of Publication. *See* ECF Nos. 8; 8-1; 8-2. Based upon the internet publication start date of February 17, 2016, the last date to file a timely claim—if direct notice was not received—was April 17, 2016.

On or about February 16, 2016, Jamal Harris was served at his last known address, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture *In Rem*, the Warrant of Arrest *In Rem*, and the Notice of Complaint for Forfeiture. ECF No. 6. On or about February 23, 2016, the United States received the certified mail return receipt signed by Jamal Harris and dated February 20, 2016. To date, no response has been received from Mr. Harris. On March 23, 2016, the United States served and filed its Notice of Intent to Move for

FINAL ORDER OF FORFEITURE ~ 2

Entry of Default.  ECF No. 7.  On April 11, 2016, the United States served and filed a Motion for Default.  ECF No. 9.  On April 11, 2016, the Clerk entered a default order as to Jamal Harris.  ECF No. 10.

This Court finds that any and all potential claimant's interest in the defendant property has been resolved through the entry of the Clerk's Order of Default as to Jamal Harris and that no other timely claims have been made to the defendant property.

**ACCORDINGLY, IT IS ORDERED:**

1. The Defendant property is **FORFEITED** to the United States of America, and no right, title, or interest shall exist in any other person.

2. The United States shall dispose of the forfeited Defendant property in accordance with law.

3. The District Court Executive is directed to enter this Order, enter **JUDGMENT** accordingly, provide copies to counsel, and **CLOSE** the file.

**DATED** May 23, 2016.



THOMAS O. RICE
Chief United States District Judge

FINAL ORDER OF FORFEITURE ~ 3