# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>Approximately $26,200.00 U.S. Currency<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:16-CV-0025-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The Defendant property is forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on a motion for Forfeiture of Property.  ECF No. (11).

Date:  May 23, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen